## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Paul McNeil, depose and make this affidavit in support of a complaint alleging a violation of Title 18, United States Code, Section 922(u) (Theft of Firearm from Licensed Firearms Dealer) by Ryan Ansart and Damiean Marcial-Alexander.

I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) for approximately 18 years. I have received extensive training pertaining to firearm investigations and have participated in numerous investigations involving Federal firearms laws and specifically, investigations of the theft of firearms from licensed firearms dealers, in violation of Title 18 of the United States Code.

In the course of my law enforcement training and experience, I have conducted or participated in, among other things, surveillance, interviews of suspects and witnesses, debriefings of informants and confidential sources, reviews of social media information and reviews of security video of firearms thefts from licensed firearms dealers. I have assisted in a large number of other investigations. I have drafted a number of firearm related search and arrest warrants and have assisted in the execution of numerous search and arrest warrants in which firearms were found. Through my training and experience, I have become familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in firearms related offenses.

I base this affidavit on my personal observations and first-hand knowledge, my training and experience, my review of evidence such as video recordings and business records, and information I have gathered from other law enforcement officers and other reliable sources and individuals as noted throughout this Affidavit. I submit that there exists probable cause to believe that RYAN ANSART ("ANSART") and DAMIEAN MARCIAL-ALEXANDER

1

("MARCIAL-ALEXANDER") have violated Title 18, United States Code, Section 922(u) (Theft of Firearms from Licensed Firearms Dealer).

## INVESTIGATION AND PROBABLE CAUSE

### A. JR's Trading and Pawn Burglary

1. I reviewed surveillance footage captured at JR's Trading and Pawn[1] ("JR's), located at 100 Elm St, Waterville, ME 04901, on April 10, 2022. I observed two individuals break into the FFL through the front window at approximately 2:25 am. The two individuals ran towards the rear gun display. Once at the gun display, the taller individual smashed the display with a hammer. After a failed attempt of smashing the gun display, the two individuals went behind the display and started loading the handguns into their bags. At approximately 2:26 am, the two individuals then exited out the front window. Both individuals were wearing sweatshirts with the hoods on and masks covering their faces. According to an ATF Theft/Loss Report submitted by the store owner, 15 firearms were reported stolen, 6 revolvers and 9 semi-automatic pistols. Surveillance footage from adjacent buildings were unable to capture any person/vehicles of interest fleeing the scene at the time of the burglary.

### B. ANSART Arrest

2. On September 14, 2022, Springfield District Court Clerk John J. Stocks authorized a state search warrant for 18 Winona Drive, West Springfield, Massachusetts, the self-reported address of RYAN ANSART. On the same day, members of the Springfield Police Department, ATF and other state and local law enforcement agencies executed the search warrant at the above-mentioned location.

---

[1] I know JR's Trading and Pawn to be a licensed dealer of firearms (i.e., an FFL) within the meaning of Chapter 44, Title 18, United States Code.

3. Following the search warrant, ANSART was arrested by the West Springfield Police Department (WSPD) for the following offenses: Possession of a Machine Gun (2), Firearms W/O FID Card (4), Trafficking in 1-2 Firearms, Possession of Firearm in Felony (4), Firearm Improper Storage (4), Possession with Intent to Distribute Class C, Possession with Intent to Distribute Class D, Ammunition W/O FID Card, Possession of High Capacity Magazine (5), Receiving Stolen Property (2). Based on a query of the Criminal Justice Information System (CJIS), two of the firearms recovered from ANSART's residence were reported stolen from JR's. The two stolen firearms were a Glock, Model 17 Gen 5, 9mm pistol, serial number BTMW591 and a Smith & Wesson .38 special revolver, serial number 266377. These firearms were manufactured outside the state of Maine.

4. On September 14, 2022, a red iPhone believed to be utilized by ANSART was seized during the execution of a state search warrant at ANSART's address. On September 28, 2022, SPD Officer Seth Barker was granted a state search warrant for ANSART's phone.

C. Identification of MARCIAL-ALEXANDER

5. Law enforcement reviewed photographs/videos taken from ANSART's phone, specifically during the days preceding and following the April 10, 2022, burglary of JR's. A photograph was captured on April 10, 2022, at 2:58:00 AM, approximately 30 minutes after the theft. In the photo is a what appears to be six (6) revolvers and seven (7) semi-automatic firearms. Attached to the firearms are what appear to be price tags, indicating make, model, and price. Based on the information learned during the investigation, investigators believe these firearms were stolen from JR's Trading and Pawn.



6.   Pictured below is a screen shot of a video captured on ANSART's telephone on the same day at 4:16 am.



7.   Pictured below is a screen shot of a video captured on ANSART's phone on April 10, 2022 at 9:49 am



8.      ATF Special Agent Brian Meehan identified the male pictured in paragraphs 6 and 7, wearing a red sweatshirt and white rectangular glasses as Damian MARCIAL-ALEXANDER. As part of a different firearms investigation, on July 19, 2022, S/A Meehan interviewed MARCIAL-ALEXANDER at his residence located at 195 Main Street, Waterville, Maine, directly across the street from JR's, regarding firearms purchased by MARCIAL-ALEXANDER recovered in Springfield, MA. Furthermore, the identification was based on a comparison to MARCIAL-ALEXANDER's Maine Driver's license issued in January of 2022

and photos/videos on ANSART's phone. ATF SA Zachary Mercer has identified the male pictured in paragraph 7 in the black-hooded sweatshirt as ANSART based on Mercer's personal observation of ANSART at the time of the search warrant and arrest on September 14, 2022.

9. In addition, on ANSART's phone, I observed a photograph taken of Confidential Source ("CS") shortly after the robbery.

D. Interview of Confidential Source ("CS")

10. On October 27, 2022, Waterville Police Detective Chase Fabian and I interviewed CS in West Springfield, Massachusetts. CS made the following statements in sum and substance, to investigators about the burglary of JR's.

11. CS arranged to have ANSART and CS driven to MARCIAL-ALEXANDER's residence in Waterville, Maine located across the street from a pawn shop and a restaurant. CS described the pawn shop as having a glass door/window in front. MARCIAL-ALEXANDER told CS the plan was to smash the front window or kick in the wooden door in the back of the FFL. At approximately 2 to 3 in the morning, MARCIAL ALEXANDER and ANSART climbed out the bathroom fire escape window wearing all black, with ski masks, gloves and backpacks for the firearms. MARCIAL-ALEXANDER brought a hammer while ANSART brought a handgun with a weapon mounted laser and light.

12. MARCIAL-ALEXANDER and ANSART returned approximately 10 minutes later. CS saw approximately 6 to 10 guns on the floor of the residence. I showed CS the photo referenced in paragraph 5, and he confirmed those were guns CS observed. The following morning, ANSART, MARCIAL-ALEXANDER, and CS drove back to West Springfield.

13. CS believed that ANSART and MARCIAL-ALEXANDER split the stolen firearms and brought them back to West Springfield in back packs. MARCIAL-ALEXANDER kept some of his guns, possibly 5-6, in a white Kyrie Irving shoebox in his ceiling. CS recalled two revolvers, and three Glock looking ones along with 9mm luger and .45 caliber ammunition. The box was kept in a ceiling tile above the TV in the living room which is the first room as you enter the apartment. According to CS, he was told MARCIAL-ALEXANDER sold some of the guns in the ceiling.

E. MARCIAL-ALEXANDER Text Messages to ANSART

14. On April 4, 2022, ANSART's phone and telephone number (413) 769-3655, with contact name "Monkey"[2], sent the following messages.

| From | To | Body |
|---|---|---|
| +14137693655 Monkey | Participants: To: +14137693655 Monkey, From: +14132041933 Ryan | There's 17 in there |
| +14137693655 Monkey | Participants: To: +14137693655 Monkey, From: +14132041933 Ryan | And the 17 is one of them still there |
| +14137693655 Monkey | Participants: To: +14137693655 Monkey, From: +14132041933 Ryan | Also saw 2 .45 1911s so we both get one we lit |
| +14132041933 Ryan | +14137693655 Monkey | Bet taht gang |

---

[2] Investigators believe "Monkey" is alias used by MARCIAL-ALEXANDER

8

| +14132041933 Ryan | +14137693655 Monkey | Ayeeee |
| +14137693655 Monkey | **Participants:** To: +14137693655 Monkey, From: +14132041933 Ryan | Ye we lit still shit we want |
| +14137693655 Monkey | **Participants:** To: +14137693655 Monkey, From: +14132041933 | I'm lookin for a .40 Xd I want one so I can't put a lemon squeezer in it and it'll blow like a switch |
| +14132041933 Ryan | +14137693655 Monkey | Xds are hard gotti has one its insane |

15. On the same date, the following text messages were sent.

| From | To | Body |
| --- | --- | --- |
| +14132041933 Ryan | +14137693655 Monkey | Did u check out the security |
| +14137693655 Monkey | **Participants:** To: +14137693655 Monkey, From: +14132041933 Ryan | There ain't no security there lol just cameras |
| +14137693655 Monkey | **Participants:** To: +14137693655 Monkey, From: +14132041933 Ryan | Wtf it's Maine ain't no one spending money unless they got to |
| +14132041933 Ryan | +14137693655 Monkey | Bet |
| +14137693655 Monkey | **Participants:** To: +14137693655 Monkey, From: | Ye |

9

|  | +14132041933 Ryan |  |
|---|---|---|
| +14137693655 Monkey | Participants: To: +14137693655 | You'll see it all Saturday |
| +14132041933 Ryan | +14137693655 Monkey | Liked "You'll see it all Saturday" |

16. Investigators believe when MARCIAL- ALEXANDER messaged ANSART "And the 17 is one of them still there," was in reference to the Glock 17 firearm stolen from JR's Trading and Pawn and recovered at ANSART's residence in West Springfield, Massachusetts. Investigators believe when MARCIAL-ALEXANDER sent the message "There ain't no security there lol just cameras, Wtf it's Maine ain't no one spending money unless they got to," he is referring to FFL JR's Trading and Pawn. I reviewed security footage from FFL JR's Pawn and Trading on April 1, 2022, and identified an individual believed to be MARCIAL-ALEXANDER enter the FFL and look at the handguns in the display case that were later burglarized. Additionally, MARCIAL ALEXANDER sent the message "You'll see it all Saturday," the following Saturday was April 10, 2022, the morning the FFL was burglarized.

F. MARCIAL-ALEXANDER Instagram messages

17. Instagram is a service owned by Meta, a United States company and a provider of an electronic communications service as defined by 18 U.S.C. §§ 3127(1) and 2510. Instagram is a free-access social networking service, accessible through its website and its mobile application, that allows subscribers to acquire and use Instagram accounts, through which users can share messages, multimedia, and other information with other Instagram users and the general public.

18. Each Instagram account is identified by a unique username chosen by the user.

Users can change their usernames whenever they choose but no two users can have the same usernames at the same time. Instagram users can create multiple accounts and, if "added" to the primary account, can switch between the associated accounts on a device without having to repeatedly log-in and log-out.

19. Instagram Direct, Instagram's messaging service, allows users to send private messages to select individuals or groups. These messages may include text, photos, videos, posts, videos, profiles, and other information. Participants to a group conversation can name the group and send invitations to others to join. Instagram users can send individual or group messages with "disappearing" photos or videos that can only be viewed by recipients once or twice, depending on settings. Senders can't view their disappearing messages after they are sent but do have access to each message's status, which indicates whether it was delivered, opened, or replayed, and if the recipient took a screenshot. Instagram Direct also enables users to video chat with each other directly or in groups.

20. On August 11, 2022, SPD Officer Seth Barker obtained a state search warrant for the Instagram account believed to utilized by ANSART. Investigators believe the Instagram account # 1980457255 with the username "richass_monkey" is/was utilized by MARCIAL-ALEXANDER. On April 6, 2022, the Instagram account "richass_monkey" sent a "selfie" of MARCIAL-ALEXANDER to an Instagram account associated with ANSART. Based on my training and experience, the photo appears to be taken utilizing the front camera of a cellular device, which is commonly utilized to take photos of oneself or what is commonly referred to as a "selfie". The identification was made based on a comparison to MARCIAL-ALEXANDER's Maine Driver's license issued in January of 2022. Throughout the investigation, it was learned that MARCAIAL-ALEXANDER commonly utilized the alias "Monkey", depicted in the

Instagram username "richass_monkey." Furthermore, during an interview, CS attributed the Instagram account "richass_monkey" to MARCIAL-ALEXANDER.

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-04 12:21:01 UTC
**Body** In 40 minutes ima go to the store and count what we should get 

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-04 12:21:12 UTC
**Body** Bet that lmk what's there

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-04 12:21:28 UTC
**Body** Conor most likely gonna bring me out there Friday

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-04 12:21:35 UTC
**Body** That's the plan retard someday I swear colin rubs off on you

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-04 12:21:48 UTC
**Body** 😂

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-04 12:21:49 UTC
**Body** Why would I count and not see what's there lol

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-04 12:21:52 UTC
**Body** 😂😂😂😂

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-04 12:22:21 UTC
**Body** Idk ur eyes might drift off to a big gun or sum make sure u focused 😂😂😂😂

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-04 12:23:15 UTC
**Body** Nah I'm not even shopping today 😂

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-04 12:23:22 UTC
**Body** 😂😂

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-04 12:25:35 UTC
**Body** I hope he got some new glocks resale on them hoes 2k minimums

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-04 12:26:24 UTC
**Body** Fr

21. Investigators believe when MARCIAL-ALEXANDER messaged, "In 40 minutes ima go to the store and count what we should get 👐", MARCIAL-ALEXANDER is referring to the FFL JR's Trade and Pawn. Additionally, MARCIAL-ALEXANDER messages, "I hope he got some new glocks resale on them hoes 2k minimums." Investigators believe MARCIAL-ALEXANDER is identifying firearms he intends to steal and resell for a profit. This is based on information learned throughout this investigation, surveillance footage of MARCIAL-ALEXANDER in the FFL the week prior to the burglary, and that MARCIAL-ALEXNDER lives directly across the street from the FFL.

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:09:49 UTC
**Body** Jays bringing up Saturday nite

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:09:50 UTC
**Body** Me

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:10:06 UTC
**Body** Give em the most pice of shit gun we take hahaha

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:13:00 UTC
**Body** We be there before nite

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-05 02:13:14 UTC
**Body** Word I was gonna say idk what they do during Sunday's in that Bitch Custy

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-05 02:13:29 UTC
**Body** It's closed but idk if niggas be in there just sticking his store

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:13:37 UTC
**Body** stocking

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-05 02:13:58 UTC
**Body** Word long as you Here Saturday we good before 6-7 so you can see it before we do it

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:14:01 UTC
**Body** And FAvts yea I'll be heading out at like 12 in the after noon

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:14:23 UTC
**Body** Maybe a Lil before

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-05 02:14:29 UTC
**Body** Wordd so you'll be here earlier than 6 if anything you can watch them close with me

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:14:35 UTC
**Body** Ayeeeee

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-05 02:14:37 UTC
**Body** They close at 5-6 everyday

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-05 02:14:44 UTC
**Body** Bet that

22. The above conversation above takes place days before the burglary of JR's. ANSART tells MARCIAL-ALEXANDER, "Jays bringing up Saturday nite", which I believe is in reference to CS, who drove up with ANSART to MARCIAL-ALEXANDER's residence the evening prior to the burglary. Investigators believe MARCIAL-ALEXANDER is instructing

14

ANSART to come to his residence, so ANSART can view JR's prior to the burglary. MARCIAL-ALEXANDER says "they", believed to be JR's, close between "5-6 everyday" and are closed on Sundays.

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-05 07:28:24 UTC
**Body** Instagram User sent a photo.



23. On April 5, 2022, an Instagram account believed to be used by MARCIAL-ALEXANDER sent the photograph above, believed to be a screen shot of Apple Maps, to ANSART. The red circle is believed to be 195 Main St, Waterville, ME the registered address of MARCIAL-ALEXANDER on his Maine Driver's License. A yellow line then leads to JR's, where a green circle is placed around the front of the building with an around pointing to a small

15

green circle in the back of the FFL. As mentioned previously, surveillance of the FFL burglary footage shows two individuals smash the front window and go directly to the glass firearm display in the rear of the store. Investigators believe MARCIAL-ALEXANDER sent the screenshot as plan/guide, depicting the route he planned to travel to burglarize JR's Trade and Pawn.

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-08 18:41:34 UTC
**Body** Yo I'm charging my beam rn can use flash litte on it if we can't see

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-08 18:49:07 UTC
**Body** Nbsss that's smart asf

**Author** bigbandz1801 (Instagram: 6241066296)
**Sent** 2022-04-08 23:23:20 UTC
**Body** See u tm boi jay jus got here we leaving in am

**Author** richass_monkey (Instagram: 1980457255)
**Sent** 2022-04-08 23:33:42 UTC
**Body** Betty gangsta

24. In the messages above, ANSART tells MARCIAL-ALEXANDER "Yo I'm charging my beam rn can use flash litte on it if we can't see." ANSART also says he will see MARCIAL-ALEXANDER tomorrow, April 9, 2022. Investigators believe when Ansart says "beam", it is in reference to a weapon mounted light he used in the burglary. This is based off a review of the surveillance video provided by JR's Trading and Pawn, the Instagram messages, the statements made by CS. As pictured below, the shorter individual in the photo, believed to be ANSART, is gripping what appears to be a firearm with a weapon light.



Based on the foregoing facts, I respectfully submit that probable cause exists to issue a criminal complaint charging DAMIEAN MARCIAL-ALEXANDER and RYAN ANSART with violating Title 18, United States Code, Section 922(u) (Theft of Firearm from Licensed Firearms Dealer).

I, Paul McNeil, hereby swear under oath that the information set forth in this Affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under the pains and penalties of perjury.

Dated at Bangor, Maine, this 11th day of April, 2023.

*Paul J. McNeil*
Paul McNeil
Special Agent
ATF

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Apr 11 2023

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title